BELLE G. BALATOW, Appellant, v. CENTRAL COAL CO., INC., Respondent.— ▮ Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm.